FILED
9/2/16 2:37 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: : | Case No. 14-20784-GLT |
| : | Chapter 13 |
| WILLIAM FRANK MARUCCI and : | |
| KAREN ANN MARUCCI, : | |
| Debtors. : | |
| : | |
| WILLIAM FRANK MARUCCI and : | |
| KAREN ANN MARUCCI, : | Related to Dkt. Nos. 60 and 78 |
| : | |
| Movants, : | |
| : | |
| v. : | |
| : | |
| J.P. MORGAN CHASE BANK, N.A. s/b/m/t : | |
| CHASE HOME FINANCE, : | |
| : | |
| Respondent. : | |

## ORDER REOPENING CASE

This matter initially came before the Court upon the *Motion for Loss Mitigation* [Dkt. No. 46] filed by the Debtors, William Frank Marucci and Karen Ann Marucci. On July 25, 2014, the Court issued a *Loss Mitigation Order* [Dkt. No. 60] which commenced the loss mitigation program ("LMP"). The *Loss Mitigation Order* established certain deadlines as required by this Court's Local Rules. See W.PA.LBR 9020-1 through 9020-7. Based upon a review of the docket, the Debtors failed to comply with those deadlines and did not pursue *LMP* in earnest. For the limited purpose of vacating the *Loss Mitigation Order*, the Court will *sua sponte* reopen the above-captioned case.

**AND NOW**, based upon the foregoing, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the Clerk shall **REOPEN** the above-captioned case for the limited purpose of vacating the *Loss Mitigation Order*.

Dated: 9/2/16

_____
GREGORY L. TADDONIO
UNITED STATES BANKRUPTCY JUDGE

Case administrator to mail to:
Debtors
Debtors' Counsel
Respondent
Respondent's Counsel
Ronda J. Winnecour, Esq.
Office of the U.S. Trustee

```
                         United States Bankruptcy Court
                         Western District of Pennsylvania
```

In re:                                                          Case No. 14-20784-GLT
William Frank Marucci                                           Chapter 13
Karen Ann Marucci
         Debtors

# CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: culy                  Page 1 of 1               Date Rcvd: Sep 02, 2016
                              Form ID: pdf900             Total Noticed: 4
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 04, 2016.
```
db/jdb        #+William Frank Marucci,    Karen Ann Marucci,    306 Moosehead Drive,    Imperial, PA 15126-9243
                CitiMortgage,    PO Box 688971,    Gaithersburg, MD   20898
              +JPMorgan Chase Bank, N.A. sbmt Chase Home Finance,    c/o McCabe Weisberg & Conway,
                123 South Broad Street, Suite 2080,    Philadelphia, PA 19109-1031
13866361       CitiMortgage, Inc.,    P.O. Box 688971,    Des Moines, IA   50368-8971
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13804305     ##+JP Morgan Chase,   10790 Rancho Bernardo Road,    San Diego, CA 92127-5705
                                                                                           TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 04, 2016                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 2, 2016 at the address(es) listed below:
```
              Andrew F Gornall    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Frederick E. Liechti    on behalf of Debtor William Frank Marucci FredLiechti@gmail.com
              Frederick E. Liechti    on behalf of Joint Debtor Karen Ann Marucci FredLiechti@gmail.com
              Jeffrey R. Hunt    on behalf of Creditor    Township of North Fayette jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    West Allegheny School District jhunt@grblaw.com,
               cnoroski@grblaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                 TOTAL: 7
```