FILED
9/2/16 3:03 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No. 14-20784-GLT |
| | : | Chapter 13 |
| WILLIAM FRANK MARUCCI and | : | |
| KAREN ANN MARUCCI, | : | |
| Debtors. | : | |
| | : | |
| WILLIAM FRANK MARUCCI and | : | |
| KAREN ANN MARUCCI, | : | Related to Dkt. Nos. 60 |
| | : | |
| Movants, | : | |
| | : | |
| v. | : | |
| | : | |
| J.P. MORGAN CHASE BANK, N.A. s/b/m/t | : | |
| CHASE HOME FINANCE, | : | |
| | : | |
| Respondent. | : | |

## ORDER VACATING LOSS MITIGATION ORDER

This matter initially came before the Court upon the *Motion for Loss Mitigation* [Dkt. No. 46] filed by the Debtors, William Frank Marucci and Karen Ann Marucci. The motion sought entry into the Court's loss mitigation program ("LMP") with respect to the real property located at 306 Moosehead Drive, Imperial, PA 15126. J.P. Morgan Chase Bank, N.A. holds a first mortgage against the property, and the Debtors sought a modification of their loan obligation.

The Court issued a *Loss Mitigation Order* [Dkt. No. 60] granting the Debtors entry into LMP on July 25, 2014. The *Loss Mitigation Order* required the Debtor to upload a completed initial package to the loss mitigation portal on or before August 1, 2014 and to file a *Loss Mitigation Status Report* on or before September 25, 2014. According to the terms of the *Loss Mitigation Order*, LMP terminated on October 25, 2014.

The Debtors failed to meet the deadlines established by the *Loss Mitigation Order* as evidenced by the fact that the docket reflects no *LMP* activity after the entry of the *Loss Mitigation Order*. Based upon the record, the Court concludes that the loss mitigation process never commenced in earnest.

**AND NOW**, based upon the foregoing, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that:

1. The *Loss Mitigation Order* dated July 25, 2014 [Dkt. No. 60] is **VACATED**.

2. The relief provided under this *Order* will become effective September 30, 2016 unless, on or before **September 19, 2016**, a party files a written objection setting forth the reasons why the *Loss Mitigation Order* should not be vacated.

3. The Clerk is directed to close the above-captioned case.

Dated:  9/2/16

_____
GREGORY L. TADDONIOct
UNITED STATES BANKRUPTCY JUDGE

Case Administrator to Mail to:
Debtors
Debtorss' Counsel
Ronda J. Winnecour, Esq.
Office of the U.S. Trustee

2

United States Bankruptcy Court
Western District of Pennsylvania

In re:
William Frank Marucci
Karen Ann Marucci
    Debtors

Case No. 14-20784-GLT
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: culy    Page 1 of 1    Date Rcvd: Sep 02, 2016
                      Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 04, 2016.
db/jdb         #+William Frank Marucci,    Karen Ann Marucci,    306 Moosehead Drive,    Imperial, PA 15126-9243

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 04, 2016                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 2, 2016 at the address(es) listed below:
        Andrew F Gornall    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. agornall@goldbecklaw.com,
     bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
        Frederick E. Liechti    on behalf of Debtor William Frank Marucci FredLiechti@gmail.com
        Frederick E. Liechti    on behalf of Joint Debtor Karen Ann Marucci FredLiechti@gmail.com
        Jeffrey R. Hunt    on behalf of Creditor    Township of North Fayette jhunt@grblaw.com,
     cnoroski@grblaw.com
        Jeffrey R. Hunt    on behalf of Creditor    West Allegheny School District jhunt@grblaw.com,
     cnoroski@grblaw.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                           TOTAL: 7